No. 508. HEEBNER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *John T. Sapienza* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 513. ZIRIN *v.* McGINNES, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Henry L. Schimpf, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondent.

No. 522. VACO PRODUCTS CO. *v.* AMP INCORPORATED. C. A. 7th Cir. Certiorari denied. *Albert I. Kegan* for petitioner. *Truman S. Safford* and *William J. Keating* for respondent.

No. 505. COTA *v.* CALIFORNIA. Appellate Department, Superior Court of California, Los Angeles County. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner *pro se. Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 52, Misc. BADGLEY *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *B. H. Timmins, Jr.* and *Leon F. Pesek,* Assistant Attorneys General, for respondent.

No. 154, Misc. LANGEL *v.* DISTRICT COURT OF IOWA FOR BLACK HAWK COUNTY. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se. Norman A. Erbe,* Attorney General of Iowa, for respondent.